IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:25-cr-219 |
| | ) |
| [1] ANDREA THOMAS | ) |
| [2] CORY THOMAS | ) |
| [3] CHRISTIAN SMITH | ) |
| [4] NANCY GATES | ) |

MOTION FOR DETENTION HEARING AND DETENTION

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, and Monica R. Morrison, Assistant United States Attorney for the Middle District of Tennessee, requests a hearing pursuant to 18 U.S.C. § 3142(f)(1)(B), which mandates a hearing upon motion of the United States in a case for which the maximum sentence is life; 18 U.S.C. § 3142(f)(1)(E), which mandates a hearing upon motion of the United States in any felony that is otherwise not a crime of violence that involves a minor victim; and 18 U.S.C. § 3142(f)(2)(B), which mandates a hearing upon motion of the United States in a case that involves a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror.

In this case, the Defendants were indicted on October 15, 2025. Defendants Andrea Thomas, Cory Thomas, and Nancy Gates were indicted on one count of Conspiracy to Engage in Stalking, in violation of 18 U.S.C. §§ 371, 2261A(2), and 2261B. Defendant Andrea Thomas was indicted on one count of the substantive offense of Stalking, in violation of 18 U.S.C. §§ 2261A(2), 2261B. Defendants Andrea Thomas, Cory Thomas, Christian Smith, and Nancy Gates were indicted on one count of Conspiracy to Engage in Kidnapping, in violation of 18 U.S.C. §§

1201(c), 3359(f)(2). The victim of these offenses was Minor Victim 1, who was under the age of eighteen when these offenses were allegedly committed. The maximum possible penalty associated with Conspiracy to Engage in Kidnapping of a Minor is life imprisonment.

Defendant Nancy Gates was also indicted on one Attempted Tampering with Documents or Proceedings, in violation of 18 U.S.C. § 1512(c)(1), and one count of False Statement or Representation to a Department or Agency, in violation of 18 U.S.C. § 1001(a)(2). After learning of the FBI's investigation, Nancy Gates attempted to conceal items used to restrain Minor Victim 1 in her friend's trunk until she could dispose of these items.

On January 28, 2025, a state search warrant was executed related to child exploitation offenses allegedly committed by Defendant Christian Smith. During the execution of the state search warrant, local law enforcement discovered Minor Victim 1, who was being held in a locked room with bars on the window, metal panels on the wall, plywood on the ceiling, no furniture in the room, no lights in the light fixture, and a Blink surveillance camera on the wall. Minor Victim 1 was huddled over the heat register for warmth with only a tattered mattress protector to keep him warm. Subsequent investigation by the Federal Bureau of Investigation ("FBI") revealed that Minor Victim 1 was malnourished, was physically abused by the Defendants, was locked in this room against his will for up to 22 hours a day, and was only let out of the locked room to eat and shower.

The United States further moves for a continuance of three days to prepare for the detention hearing.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Monica R. Morrison*  
MONICA R. MORRISON  
Assistant United States Attorney  
719 Church Street, Suite 3300  
Nashville, Tennessee 37203  
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on defense counsel at or before the time of the initial appearance in this case.

On this, the 21st day of October 2025.

*/s/ Monica R. Morrison*  
MONICA R. MORRISON